756

■ In the Matter of CHASE MANHATTAN BANK, Respondent, v. ANTHONY J. DREXEL 4th, et al., Appellants.— Motion by Anthony J. Drexel 4th and Clinton Howard Drexel for leave to appeal to the Court of Appeals denied, with $10 costs. Motion by Helen Diana Drexel Raibourn for leave to appeal to the Court of Appeals denied, with $10 costs. Concur—Botein, P. J., Rabin, McNally, Stevens and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BESS KAYE v. SPENCE-CHAPIN ADOPTION SERVICE.— Motion for leave to reargue, for resettlement or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur—Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.

■ (A) SAM ROSEN v. CROYFOR REALTY CORP. (B) NICHOLAS DI MENNA & SONS, INC., v. EMPLOYERS MUTUAL LIABILITY INSURANCE COMPANY OF WISCONSIN.— [In each action] Application denied, with $10 costs. Concur—McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ JOSEPH ALVINO, an Infant, v. ANGELO MANCINI et al.— Application denied, with $10 costs. The stay contained in the order to show cause, dated January 23, 1962 is vacated. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ ESTELLE HELLER v. HOTEL RIVERSIDE PLAZA, INC.— Application denied, with $10 costs. The stay contained in the order to show cause, dated January 18, 1962, is vacated. Concur — McNally, J. P., Stevens, Eager, Steuer and Bastow, JJ.

■ 14 SECOND AVENUE REALTY CORP. v. ANNE STEVEN CORP. et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before March 6, 1962, with notice of argument for the April 1962 Term of this court, said appeal to be argued or submitted when reached. Concur—Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ (A) MARTIN SHINDLER, as Administrator of the Estate of DAVID L. SHINDLER, Deceased, v. B. GEORGE ULIZIO et al. (B) BETSY STARK v. ALBERT D. STARK et al.— [In each action] Motion to dismiss appeal denied, with $10 costs. Concur—Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ EUGENE CAMPBELL v. JAT TRANSPORTATION CORPORATION et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ In the Matter of CHARLES N. TAINTOR, Deceased. MORGAN GUARANTY TRUST COMPANY; JOHN D. MASON.— Motion for leave to appeal as a poor person granted only insofar as to permit the appeal to be heard upon a typewritten or mimeographed record, without printing the same, and upon typewritten or mimeographed appellant's points, upon condition that the appellant serves one copy of the typewritten or mimeographed record and one copy of the typewritten or mimeographed appellant's points on the attorney for respondent and files 6 typewritten copies or 19 mimeographed copies of both the record on appeal and appellant's points with this court on or before April 3, 1962, with notice of argument for the May 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ DOUGLAS FACTORS, INC., v. P. & R. DISTRIBUTORS, INC., et al. P. & R. DISTRIBUTORS, INC., v. DOUGLAS FACTORS, INC.— Motion for resettlement denied, with $10 costs. Concur — Rabin, J. P., Valente, Stevens, Eager and Steuer. JJ.